## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Jon Robert Brown ) | |
| ) | |
| and ) | Case No. 2:15-cv-02661-DDC-JPO |
| ) | |
| Dixie Renee Brown ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| Accountable Finance, Inc., *et. al.,* ) | |
| ) | |
| Defendants. ) | |

## DISMISSAL WITH PREJUDICE OF ALL PLAINTIFFS' CLAIMS AGAINST DEFENDANT ACCOUNTABLE FINANCE, INC.

COME NOW Plaintiffs, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and dismiss WITH PREJUDICE the above-captioned action, including all Plaintiffs' claims against Defendant Accountable Finance, Inc.

Respectfully submitted by:

By: /s/ Chelsea S. Springer
The Law Offices of Tracy L. Robinson, LC
Chelsea S. Springer #20522
1125 Grand Blvd, Suite 1300
Kansas City, MO 64106
Phone: (816) 842-1317
Fax:     (816) 842-0315
Email: admin@tlrlaw.com
Attorney for Plaintiffs

**SO ORDERED.**